# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MOHAMMED ADAM, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:18-cv-00203-VEH-SGC |
| ) | |
| JEFF SESSIONS, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

This case is before the court on Respondent's Motion To Dismiss as Moot, filed March 29, 2018. (Doc. 6). In the motion, Respondent notes Petitioner was removed from the United States on March 12, 2018. (*Id.* at 1; *see* Doc. 6-1 at 1). Because Petitioner has been removed, the court can no longer provide meaningful relief. Thus, the court finds the petition for writ of habeas corpus is moot. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003). Accordingly, Respondent's motion to dismiss is due to be granted, and the petition is due to be dismissed.

A separate order will be entered.

**DONE** this the 18th day of April, 2018.

**VIRGINIA EMERSON HOPKINS**
United States District Judge